STATE OF NEW JERSEY v. DANIEL P. ANDERSON.

December 1, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES PATRICK.

December 1, 1980.

Petition for certification denied.

MIDLAND BANK & TRUST COMPANY v. JOHN RIEGEL.

December 1, 1980.

Petition for certification denied.

JOSEPH L. MUSCARELLE, INC. v. STATE OF NEW JERSEY,
BY THE DEPARTMENT OF TRANSPORTATION.

December 1, 1980.

Petition for certification granted.   (See 175 *N.J.Super.* 384)